## Commonwealth *v.* Taliaferro, Appellant.

Before BULLOCK, JR., J.

Submitted September 17, 1974. *James J. Phelan, Jr.,* for appellant; *Neil Kitrosser, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Thomas, Appellant.

Before DOTY, J.

Submitted September 9, 1974. *Michael J. Stack, Jr.,* and *O'Halloran, Stack, Smith & Ginley,* for appellant; *Larry D. Feldman, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.